**EASTERN DISTRICT OF TENNESSEE**

IN RE: UNCLAIMED FUNDS                )         CHAPTER 13
     10/27/09

**NOTICE OF PAYMENT OF UNCLAIMED**
**FUNDS TO THE CLERK OF COURT**

The following checks have been outstanding for more than 90 days and pursuant to 11 U.S.C. Section 347 the funds are being paid to the Clerk of the Court as unclaimed funds.

| Check Number | Claim Number | Case Number | Payee Name & Address | Amount |
|---|---|---|---|---|
| Carole Anne Chunn | | | | |
| 1400479 | 01 | 03-11800 | Baptist Hospital, Inc. %United Creditors SVC 303 Church Street, STE 201 Nashville, TN 37201 | $ 64.55 |
| Carole Anne Chunn | | | | |
| 1400479 | 04 | 03-11800 | Shelbyville Fast Cash %Southeast Management 1404 Pine Road Corinth, MS 38834 | 18.20 |
| Carole Anne Chunn | | | | |
| 1400479 | 05 | 03-11800 | Shelbyville Fast Cash %Southeast Management 1404 Pine Road Corinth, MS 38834 | 23.53 |
| Janquetta Lewis | | | | |
| 1400479 | 999 | 03-12128 | Janquetta Lewis Eartha B. Lewis 2416 Union Avenue Chattanooga, TN 37404 | 13.71 |
| Ronnie Allen McDaniel | | | | |
| 1400479 | 999 | 04-17985 | Ronnie Allen McDaniel Vickie Kaye McDaniel 609 Old Mine Road Sweetwater, TN 37874 | 10.01 |
| Aaron Richard Floyd | | | | |
| 1400479 | 06-05 | 05-11606 | Red Cooper 501 E. Railroad Avenue Alamo, Tx 78516 | 8.66 |
| Joseph Hall | | | | |
| 1400479 | 999 | 05-15785 | Joseph (NMI) Hall 2400 Westside Drive, Apt 707 Chattanooga, TN 37404 | 236.00 |
| Stephen Pernell James | | | | |
| 1400479 | 11/02 | 05-17486 | BellSouth %Riscuity PO Box 4320 Alpharetta, GA 30023-4320 | 62.67 |

Unclaimed Funds Continued

```
John Russell Webb
1400479     12/06   06-14363    Check Advance of Tennessee         4.85
                                PO Box 3240
                                Cleveland, TN  37320

Keith Sewell
1400479     999     07-10276    Keith Sewell                   1,952.53
                                Janice Sewell
                                1165 Armstrong Road
                                Cleveland, TN  37323

Randall Lee Rains
1400479     999     08-16875    Randall Lee Rains                  5.01
                                6764 County Road 155
                                Higdon, AL  35979

Heather Dawn Barrett
1400479     03      09-10228    Patricia L. Rich                  25.93
                                1300-A North Main Street
                                Shelbyville, TN  37160         _____

                                Total                        $2,425.65
```

                                C. KENNETH STILL, TRUSTEE
                                **C. KENNETH STILL, TRUSTEE**